IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Dickinson Wright PLLC**, a Michigan professional limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-cv-03969 Hon. John Robert Blakey |
| -vs- | ) ) | |
| **MCZ Development Corp.**, an Illinois corporation, **Sheffield Development Partners, LLC**, is an Illinois limited liability company, **Golden Canyon Partners, LLC**, a Nevada limited liability company, and **Florence Development Partners, LLC**, is an Oklahoma limited liability company | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Thursday, June 9, 2016 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Robert Blakey in Courtroom 1725 at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Leave to File Amended Complaint**, a copy of which is served on you.

Date:  June 3, 2016

Respectfully submitted,

DICKINSON WRIGHT PLLC

By  _/s/ Anne P. Ray_____
    One of Their Attorneys