## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dickinson Wright PLLC         Case Number: 16-cv-3969

An appearance is hereby filed by the undersigned as attorney for:
All defendants: MCZ Development Corp, Sheffield Development Partners LLC, Golden Canyon Partners LLC, and Florence Development Partners LLC

Attorney name (type or print): Jeffrey J. Asperger

Firm: Asperger Associates

Street address: 180 North Stetson, Suite 3050

City/State/Zip: Chicago, IL 60601

Bar ID Number: 3123978         Telephone Number: 312-856-9901
(See item 3 in instructions)

Email Address: jasperger@asplaw.net

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                  If appointed counsel, are you a
                                                  ☐ Federal Defender
                                                  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/6/2016

Attorney signature:   S/ Jeffrey J. Asperger
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015