IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICKINSON WRIGHT, PLLC, | ) |
|     Plaintiff, | ) No. 16-CV-03969 |
| | ) |
| vs. | ) Hon. John Robert Blakely |
| | ) |
| MCZ DEVELOPMENT CORP., | ) |
| SHEFFIELD DEVELOPMENT PARTNERS, LLC, | ) |
| GOLDEN CANYON PARTNERS, LLC, | ) |
| FLORENCE DEVELOPMENT PARTNERS, LLC, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF MOTION TO
## EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

PLEASE TAKE NOTICE, that on June 28, 2016, at 9:45 a.m., or as soon thereafter as the parties may be heard, Defendants MCZ Development Corp., Sheffield Development Partners, LLC, Golden Canyon Partners, LLC, and Florence Development Partners, LLC, shall appear before the Honorable John Robert Blakely, or any judge who may be sitting in his stead, in Courtroom 1725 of the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present their Motion to Extend Time to Answer or Otherwise Plead.

Dated: June 22, 2016

                                                    By:    /s/ Jeffrey J. Asperger

                                                    Jeffrey J. Asperger
                                                    jasperger@asplaw.net
                                                    Bary L. Gassman
                                                    bgassman@asplaw.net
                                                    ASPERGER ASSOCIATES LLC
                                                    180 North Stetson, Suite 3050
                                                    Chicago, IL 60601
                                                    Tel: (312) 856-9901
                                                    Fax: (312) 856-9905

                                                    Counsel for Defendants