IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICKINSON WRIGHT, PLLC, ) | |
| ) | No. 16-CV-03969 |
| Plaintiff, ) | |
| ) | Hon. John Robert Blakely |
| vs. ) | |
| ) | |
| MCZ DEVELOPMENT CORP., ) | |
| SHEFFIELD DEVELOPMENT PARTNERS, LLC,) | |
| GOLDEN CANYON PARTNERS, LLC, ) | |
| FLORENCE DEVELOPMENT PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW
THE APPEARANCE OF BARY L. GASSMAN**

Defendants, MCZ Development Corp., Sheffield Development Partner, LLC, Golden Canyon Partners, LLC and Florence Development Partners, LLC (collectively "Defendants"), by and through their attorneys, request leave of Court to withdraw the appearance of Bary L. Gassman as one of its counsel of record pursuant to Local Rule 83.17. In support of this motion, Defendants state as follows:

1. Jeffrey J. Asperger and Bary L. Gassman previously filed appearances on behalf of Defendants in this case.

2. Bary L. Gassman consents to the withdrawal of his appearance as counsel for Defendants in this proceeding. He will no longer represent the Defendants in this case.

3. Jeffrey J. Asperger will continue to represent the Defendants in this case.

WHEREFORE, Defendants request that the Court grant this motion and allow Bary L. Gassman to withdraw his appearance as counsel for Defendants in this proceeding.

Dated: August 2, 2016 Respectfully submitted,

By: /s/ Bary L Gassman

Bary L. Gassman
bgassman@gassmanlegal.com
GASSMAN LEGAL, P.C.
180 North Stetson, Suite 3050
Chicago, IL 60601
Tel: (312) 279-2779
Fax: (312) 279-2782

For Defendants

**CERTIFICATE OF SERVICE**

As an attorney of record in this matter, I hereby certify that on August 2, 2016, I caused a copy of the foregoing to be filed with the Court's CM/ECF system, which provides service via electronic mail on the following counsel of record:

Anne Paffrath Ray
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
312 840 7200
Email: aray@jenner.com

Adam Daniel Grant
Dickinson Wright Pllc
500 Woodward Ave.
Suite 4000
Detroit, MI 48226
(313) 223-3500
Email: agrant@dickinsonwright.com

/s/ Bary L. Gassman         ____