# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Dickinson Wright PLLC

                                         Plaintiff,

v.                                                 Case No.: 1:16–cv–03969
                                                           Honorable Young B. Kim

MCZ Development Corp., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2016:

      MINUTE entry before the Honorable Young B. Kim: Defendants' motion for substitution of attorney [25] is granted. Appearance on August 16, 2016, is not required to present this motion. The motion is granted to the extent that Attorney Barry L. Gassman is withdrawn from this case as an attorney of record for Defendants. The motion is also granted to the extent that Attorney Steven R. Rogovin is granted leave to file an appearance on behalf of Defendants. Attorney Jeffrey J. Asperger is granted leave to file an amended appearance reflecting his new mailing address and contact information. In light of this ruling, Attorney Gassman's motion to withdraw [21] is denied as moot. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.